*City of Spokane Valley, Respondent, v. Dirks et al., Petitioners*, No. 92688-3. Petition for review of a decision of the Court of Appeals, No. 33140-7-III, October 22, 2015, 190 Wn. App. 1041. *Denied* June 1, 2016.

*State, Respondent, v. Armstong, Petitioner*, No. 92689-1. Petition for review of a decision of the Court of Appeals, No. 71613-1-I, December 7, 2015, 191 Wn. App. 1035. *Denied* June 1, 2016.

*Swain, Petitioner, v. Sureway, Inc., Respondent*, No. 92691-3. Petition for review of a decision of the Court of Appeals, No. 73636-1-I, November 2, 2015, 190 Wn. App. 1049. *Denied* June 1, 2016.

*State, Respondent, v. Keodara, Petitioner*, No. 92693-0. Petition for review of a decision of the Court of Appeals, No. 70518-1-I, November 2, 2015, 191 Wn. App. 305. *Denied* June 1, 2016.

*State, Petitioner, v. Gipson, Respondent*, No. 92695-6. Petition for review of a decision of the Court of Appeals, No. 45662-1-II, December 15, 2015, 191 Wn. App. 780. *Denied* June 1, 2016.

*State, Respondent, v. Than Dinh Le, Petitioner*, No. 92697-2. Petition for review of a decision of the Court of Appeals, No. 72166-6-I, November 16, 2015, 191 Wn. App. 1016. *Denied* June 1, 2016.

*In re Marriage of Wixom*, No. 92705-7. Petition for review of a decision of the Court of Appeals, No. 30851-1-III, October 22, 2015, 190 Wn. App. 719. *Denied* June 1, 2016.

*State, Respondent, v. Strasser, Petitioner*, No. 92707-3. Petition for review of a decision of the Court of Appeals, No. 31865-6-III, December 1, 2015, 191 Wn. App. 1034. *Denied* June 1, 2016.